IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VICENTE ALVARADO, YVETTE ALVARADO, STEVE FLORES, PRISCILLA FLORES, and THOMAS GUTIERREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ALBUQUERQUE, OFFICER CARLA GANDARA, OFFICER ED SAUER and OFFICER LANCE FAILS,<br><br>    Defendants. | No. 6:07-cv-224 PK/DJS |

JUDGMENT

THIS MATTER came on for consideration before the Hon. Paul J. Kelly, Jr., sitting by designation. The following decision was reached after resolution (Doc. 68) of pretrial motions:

IT IS ORDERED, ADJUDGED and DECREED that:

(1) Plaintiffs Vicente Alvarado, Yvette Alvarado, Steve Flores, Priscilla Flores, and Thomas Gutierrez recover nothing of Defendants City of Albuquerque, Officer Carla Gandara, Officer Ed Sauer and Officer Lance Fails on Counts I and II (state law claims for invasion of privacy and intentional infliction of emotional distress) and Counts IV and V (federal constitutional claims) of the

Second Amended Complaint.

(2) The action is remanded to the New Mexico Second Judicial District Court, County of Bernalillo, to adjudicate any remaining state-law claims, specifically Count III (state law defamation) and Count IV (state law false imprisonment).

DATED this <u>20th</u> day of April 2009, at Santa Fe, New Mexico.

_____
Paul Kelly Jr.
United States Circuit Judge
Sitting by Designation